J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO CHAVIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ORANGE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | No. SA CV 25-2315-SSS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  April 3, 2026.

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE